IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALCOLM J. MOORE,

        Plaintiff,                  No. 2:11-cv-2937 KJN P

   vs.

UNKNOWN,

        Defendant.             ORDER

_____/

        Plaintiff, a state prisoner at California Substance Abuse Treatment Facility, has filed a request to be transferred. No other pleadings have been filed by the plaintiff.

        Plaintiff alleges that he fears for his safety at Corcoran and requests that he "be removed before any harm comes to [his] person." (Dkt. No. 1 at 1.) However, the alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Plaintiff is also housed in Fresno County. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and
4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721
8

9  DATED: November 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

moor2937.22